UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 5:25-cr-00058

PAUL JEREMIAH BUCKNER

**ORDER**

On December 16, 2025, all counsel and the Defendant appeared for a guilty plea hearing. The single-count indictment charges the Defendant with being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). [ECF 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on December 16, 2025. [ECF 77]. He recommends conditional acceptance of the Defendant's guilty plea. [*Id.* at 9]. Objections in this case were due on January 2, 2026. [*Id.*]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 77**] and **DEFERS** acceptance of the plea agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER: January 12, 2026



Frank W. Volk
Chief United States District Judge